# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA—OAKLAND

CECELIA MOSHER-CLARK,

    Plaintiff,

v.

GRAVITY DEFYER MEDICAL TECHNOLOGY CORP.,

    Defendant.

Case No. 4:22-cv-5288-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**

I, J. Kathleen Bond, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Gravity Defyer Medical Technology Corp. in the above-entitled action. My local co-counsel in this case is T. Scott Vick, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 171944.

| 600 New Hampshire Ave. NW #700<br>Washington, DC 20037 | 301 North Lake Avenue, Suite 1000<br>Pasadena, CA 91101 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-295-2200 | 213-784-6227 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| katie.bond@lathropgpm.com | scott@vicklawgroup.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State of the District of Columbia, as indicated above; my bar number is: 985786.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules. I declare under penalty of perjury that the foregoing is true and correct.

4
5  Dated: September 26, 2022              _____
                                                     APPLICANT
6

7
                          ORDER GRANTING APPLICATION
8                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

9  IT IS HEREBY ORDERED THAT the application of J. Kathleen Bond is granted, subject
10 to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
11 appearance pro hac vice. Service of papers upon, and communication with, local co-counsel
12 designated in the application will constitute notice to the party.

13
   Dated: ___10/3/2022___              _____
14                                           HON. HAYWOOD S. GILLIAM, JR.
                                             UNITED STATES DISTRICT JUDGE
15

16

17

18

19

20

21

22

23

24

# EXHIBIT 1

# Certificate of Good Standing



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Janet K Bond*

was duly qualified and admitted on February 9, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2022.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.