1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  1990 North California Blvd., Suite 940
   Walnut Creek, CA 94596
3  Telephone: (925) 300-4455
   Facsimile:  (925) 407-2700
4  E-mail: ltfisher@bursor.com

5  *Attorneys for Plaintiff*

   **VICK LAW GROUP**
   Timothy Scott Vick (State Bar No. 171944)
   301 N. Lake Avenue, Suite 1000
   Pasadena, CA 91101
   Tel: 213-784-6227
   Fax: 213-784-6226
   Email: scott@vicklawgroup.com

   **LATHROP GPM LLP**
   J. Kathleen Bond (admitted *pro hac vice*)
   Samuel A. Butler (admitted *pro hac vice*)
   600 New Hampshire Ave NW
   The Watergate, Suite 700
   Washington, DC 20037
   Tel: 202-295-2243
   Fax: 202-295-2250
   Email: katie.bond@lathropgpm.com
          samuel.butler@lathropgpm.com

   *Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA MOSHER-CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>GRAVITY DEFYER MEDICAL TECHNOLOGY COMPANY,<br><br>Defendant. | Case No. 4:22-cv-05288-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Plaintiff Cecelia Mosher-Clark ("Plaintiff") and Defendant Gravity Defyer Medical Technology Company ("Defendant") respectfully submit this Stipulation and [Proposed] Order Regarding the Briefing Schedule on Defendant's Motion to Dismiss.

## **STIPULATION**

WHEREAS, Plaintiff filed this action on September 16, 2022.

WHEREAS, Defendant filed a motion to dismiss on December 13, 2022.

WHEREAS, Defendant's motion is set for hearing on March 30, 2023.

WHEREAS, Plaintiff's opposition to Defendant's motion is currently due on December 27, 2022.

WHEREAS, Defendant's reply in support of its motion is currently due on January 3, 2023.

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agreed, subject to the Court's approval, to modify the briefing schedule on Defendant's motion to avoid scheduling conflicts due to the forthcoming holidays.

NOW, THEREFORE, the parties stipulate, subject to the Court's approval, that Plaintiff's opposition to Defendant's motion will be due on January 17, 2023 and Defendant's reply will be due on February 14, 2023. The March 30, 2023 hearing date will be unchanged.

**IT IS SO STIPULATED.**

Dated: December 20, 2022                **BURSOR & FISHER, P.A.**

By: */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

Dated: December 20, 2022                By: */s/ J. Kathleen Bond*

**VICK LAW GROUP**
Timothy Scott Vick (State Bar No. 171944)
301 N. Lake Avenue, Suite 1000
Pasadena, CA 91101

|   |   |
|---|---|
| 1 | Tel: 213-784-6227 |
| 2 | Fax: 213-784-6226<br>Email: scott@vicklawgroup.com |
| 3 | **LATHROP GPM LLP** |
| 4 | J. Kathleen Bond (admitted *pro hac vice*)<br>Samuel A. Butler (admitted *pro hac vice*) |
| 5 | 600 New Hampshire Ave NW<br>The Watergate, Suite 700 |
| 6 | Washington, DC 20037<br>Tel: 202-295-2243 |
| 7 | Fax: 202-295-2250<br>Email: katie.bond@lathropgpm.com |
|   | samuel.butler@lathropgpm.com |

*Attorneys for Defendant*

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: December 20, 2022        By:  */s/ L. Timothy Fisher*
                                    L. Timothy Fisher

# ORDER

The Court, having considered the parties' Stipulation Regarding the Briefing Schedule on Defendant's Motion to Dismiss, and good cause appearing therefore, hereby orders as follows:

1. Plaintiff's opposition to Defendant's motion will be due on January 17, 2023.

2. Defendant's reply will be due on February 14, 2023.

3. Defendant's motion will still be set for hearing on March 30, 2023.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 12/21/2022

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE