KELLER AND HECKMAN, LLP
J. Kathleen Bond (admitted *pro hac vice*)
Samuel A. Butler (admitted *pro hac vice*)
1001 G Street, NW, Suite 500 West
Washington, DC 20001
Phone (202) 434-4100
bondk@khlaw.com
buter@khlaw.com

VICK LAW GROUP, P.C.
T. Scott Vick (Cal. Bar No. 171944)
301 North Lake Avenue, Suite 1000
Pasadena, CA 91101
Phone: (213) 784-6227
scott@vicklawgroup.com

*Attorneys for Defendant*
*Gravity Defyer Medical Technology Corp.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA MOSHER-CLARK,<br><br>  Plaintiff,<br><br>  v.<br><br>GRAVITY DEFYER MEDICAL TECHNOLOGY CORP.,<br><br>  Defendant. | Case No. 4:22-cv-5288-HSG<br>**OAKLAND DIVISION**<br><br>**STIPULATION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS** |

Pursuant to Civil L.R. 7-11, Defendant Gravity Defyer Medical Technology Corporation and Plaintiff Cecelia Mosher-Clark hereby stipulate to and request that the Court enter the accompanying proposed order staying all discovery in this action pending the Court's ruling on Defendant's Motion to Dismiss [Dkt. 31].

1    In support of this request, the Parties state that Gravity Defyer filed its Motion to Dismiss

2  Ms. Mosher-Clark's Amended Complaint on February 23, 2023. Ms. Mosher-Clark filed her

3  Opposition to that Motion on March 9, 2023, and Gravity Defyer filed its reply on April 7, 2023.

4  On May 12, 2023, the Clerk entered a Notice that the Court would decide the Motion without oral

5  argument.

6    On August 4, 2023, Ms. Mosher-Clark served her First Set of Requests for Production and

7  First Set of Interrogatories on Gravity Defyer.

8    On August 8, 2023, the Parties conferred and agreed that a stay of discovery pending the

9  Court's ruling on Gravity Defyer's Motion to Dismiss is appropriate and will avoid unnecessary

10  expenditure of resources in conducting discovery whose scope may be affected substantially by

11  the Court's ruling on Gravity Defyer's Motion.

12    The Parties therefore stipulate, subject to the Court's approval, to stay all discovery in this

13  action pending the Court's ruling on Gravity Defyer's Motion to Dismiss. The Parties further

14  stipulate that, within fourteen days of the Court's ruling, the Parties will file a status report and

15  proposed schedule regarding further deadlines in this matter.

16

17

18

19

20

21

22

23

24

1

**Civil L.R. 5-1(h)(3) Attestation**

2     I, Samuel A. Butler, attest that concurrence in the filing of this document has been obtained

3  from the other signatory.

4

5  Dated: August 9, 2023                          Respectfully submitted,

6                                                 KELLER AND HECKMAN, LLP

7                                                 */s/  Samuel A. Butler*
                                                  Samuel A. Butler

8                                                 *Attorney for Defendant*
                                                  *Gravity Defyer Medical Technology Corp.*
9

10                                                BURSOR & FISHER, P.A.

11                                                */s/  L. Timothy Fisher*
                                                  L. Timothy Fisher

12
                                                  *Attorney for Plaintiff Cecelia Mosher-Clark*
13

14

15

16

17

18

19

20

21

22

23

24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## ORDER

The Court, having considered the Parties' Stipulation to Stay Discovery Pending Ruling on Motion to Dismiss, and good cause appearing, hereby orders as follows:

All discovery in this matter is hereby stayed pending the Court's ruling on Gravity Defyer's Motion to Dismiss the Amended Complaint [Dkt. 31]. The Parties are ordered to file a status report and proposed schedule regarding further deadlines in this matter within fourteen days of the Court's ruling on that Motion.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/9/2023

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER STAYING DISCOVERY
Case No. 4:22-cv-5288-HSG