UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA MOSHER-CLARK, | Case No. 22-cv-05288-HSG |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| GRAVITY DEFYER MEDICAL TECHNOLOGY CORPORATION, | |
| Defendant. | |

Parties submitted a joint status report and proposed amended schedule on September 19, 2023. Having considered the parties' proposals, *see* Dkt. No. 39, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file Plaintiff's Motion for Class Certification, including any expert reports upon which Plaintiff relies in her motion | May 8, 2024 |
| Deadline to complete depositions and document productions for Plaintiff's experts on Class Certification | June 7, 2024 |
| Deadline to file Defendant's Opposition to Class Certification, including any counter expert reports upon which Defendant relies | July 22, 2024 |
| Deadline to complete depositions and document productions for Defendant's experts on Class Certification | August 21, 2024 |
| Deadline to file Plaintiff's Reply in Support of Class Certification, including any rebuttal expert reports upon which Plaintiff relies in her motion | September 20, 2024 |
| Hearing on Class Certification Motion | October 24, 2024, at 2:00 p.m. |

1   These dates may only be altered by order of the Court and only upon a showing of good
2 cause.  The parties are directed to review and comply with this Court's standing orders.
3   **IT IS SO ORDERED.**
4 Dated:   10/18/2023

*Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge