1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECELIA MOSHER-CLARK, individually and on behalf of all others similarly situated,<br><br>                                        Plaintiff,<br><br>     v.<br><br>GRAVITY DEFYER MEDICAL TECHNOLOGY COMPANY,<br><br>                                        Defendant. | Case No. 4:22-cv-05288-HSG<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

1       Plaintiff Cecelia Mosher-Clark and Defendant Gravity Defyer Medical Technology

2 Company, by and through their respective attorneys, hereby stipulate and agree pursuant to Federal

3 Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice.

4

5 Dated:  March 26, 2024           **BURSOR & FISHER, P.A**.

6                          By:   */s/ L. Timothy Fisher*

7                          L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940

8                          Walnut Creek, CA 94596
Telephone: (925) 300-4455

9                          Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

10

11                          *Attorneys for Plaintiff*

12 Dated:  March 26, 2024           **KELLER AND HECKMAN LLP**

13                          By:   */s/ Samuel A. Butler*

14                          J. Kathleen Bond (admitted *pro hac vice*)

15                          Samuel A. Butler (admitted *pro hac vice*)
1001 G Street, NW, Suite 500 West

16                          Washington, DC 20001
Tel: (202) 434-4100

17                          Fax: (202) 434-4646

18                          Email: bondk@khlaw.com
Email: butler@khlaw.com

19

20                          Rohit A. Sabnis, State Bar No. 221465
Three Embarcadero Center, Suite 1420

21                          San Francisco, CA 94111
Tel: (415) 948-2807

22                          Fax: (415) 948-2808
Email: sabnis@khlaw.com

23                          *Attorneys for Defendant*

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

　　　　　　　　　　　　　　　_/s/ L. Timothy Fisher_
　　　　　　　　　　　　　　　L. Timothy Fisher